United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2006**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

———————

No. 05-30122

———————

CHRISTOPHER WILSON, Individually, and in his capacity as representative of a class of persons illegally convicted in the Mayor's Court of Pontchatoula, Louisiana,

Plaintiff - Appellant,

versus

PONCHATOULA CITY, LOUISIANA; JULIAN DUFRECHE, Individually and in his official capacity as Mayor of Ponchatouola, Louisiana; C W KINCHEN; WAYNE F FOSTER; MARGARET G HAWKINS; ELOUISE CONLEY-DOTEY; GARY T STANGA, Individually and in their capacity as members of the City Council of the City of Ponchatoula; PATRICK DUNN, Individually and in his capacity as Judge of the Mayor's Court of the City of Ponchatoula; SUE DAVIS, Individually and in her capacity as Clerk of the Mayor's Court of the City of Ponchatoula; TIM GIDEON, Individually and in his capacity as the Chief of Police of the City of Ponchatoula; JEFFREY MILLER, Individually and in his capacity as a Police Officer of the City of Ponchatoula; THOMAS B WATERMAN, Individually and in his capacity as City Attorney of the City of Ponchatoula,

Defendants - Appellees.

———————————————————————————

Appeal from the United States District Court
For the Eastern District of Louisiana
USDC No. 2:03-CV-2723

———————————————————————————

Before JOLLY, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]	Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.